**Keith D. SNYDER, Appellant,**

v.

**Hershel W. GOBER, Acting Secretary of Veterans Affairs, Appellee.**

**No. 97–2132**

United States Court of Appeals for Veterans Claims.

Sept. 7, 2000.

Before FARLEY, HOLDAWAY, and IVERS, Judges.

**ORDER**

PER CURIAM:

Oral arguments in the above case were scheduled to be held on Tuesday, September 19, 2000 at 2:00 pm. It is ORDERED that the argument is canceled.